```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08771
   STEPHANIE M LAZALDE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6521


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 05/14/2007 and was not confirmed.

    The case was converted to chapter 7 without confirmation 06/07/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
BENEFICIAL ILLINOIS INC  CURRENT MORTG           .00           .00           .00
BENEFICIAL ILLINOIS INC  MORTGAGE ARRE       2700.00           .00           .00
HSBC                     SECURED VEHIC       6000.00           .00           .00
HSBC                     UNSECURED         NOT FILED           .00           .00
SAXON MORTGAGE           CURRENT MORTG           .00           .00           .00
SAXON MORTGAGE           MORTGAGE ARRE      18000.00           .00           .00
HSBC ORCHARD BANK        UNSECURED         NOT FILED           .00           .00
US DEPT OF EDUCATION     UNSECURED         NOT FILED           .00           .00
FELD & KORRUB            DEBTOR ATTY             .00                         .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------        --------------
TOTALS                        .00                     .00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 08771 STEPHANIE M LAZALDE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/26/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE